**Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00549-CV

———————

### UNCLE V'S SALVAGE ENTERPRISES, INC., AND VAN D. WARE, INDIVIDUALLY, Appellants

### V.

### DYRO PRODUCTIONS INC., Appellee

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1052925**

## O R D E R

The notice of appeal in this case was filed July 12, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 19, 2016.** *See* Tex. R. App. P. 5. If appellants

fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM